NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BILL OF LADING TRANSMISSION AND PROCESSING SYSTEM PATENT LITIGATION

---

### R&L CARRIERS, INC.,
*Plaintiff-Appellant,*

v.

### DRIVERTECH LLC,
*Defendant-Appellee,*

**and**

### PEOPLENET COMMUNICATIONS CORPORATION, QUALCOMM, INC., AND MICRODEA, INC.,
*Defendants-Appellees,*

**and**

### INTERMEC TECHNOLOGIES CORP.,
*Defendant-Appellee,*

**and**

### AFFILIATED COMPUTER SERVICES, INC.,
*Defendant-Appellee,*

**and**

### INTERSTATE DISTRIBUTOR COMPANY,
*Defendant-Appellee,*

**and**

## PITT OHIO EXPRESS INC. AND BERRY & SMITH TRUCKING LTD.,

*Defendants.*

---

2010-1493, -1494, -1495, -1496, 2011-1101, -1102

---

Appeals from the United States District Court for the Southern District of Ohio in case nos. 09-MD-2050, 09-CV-0532, 09-CV-0818, 09-CV-0445, 09-CV-0179, 09-CV-0502, and 09-CV-0472, Senior Judge Sandra S. Beckwith.

---

## ON MOTION

---

## ORDER

The appellees move to consolidate the above appeals. The appellant opposes. The appellees reply. Interstate Distributor Co. moves to withdraw its entry of appearance.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to consolidate is granted and the revised official caption is reflected above.

(2) The briefing schedule is adjusted and the appellant's opening brief is discarded. The appellant is directed to file a new consolidated brief encompassing all of its arguments for all six appeals within 40 days of the date of filing of this order. The appellees' brief due dates should be calculated from the date of service of the appellant's new opening consolidated brief.

(3) In light of the consolidation of the appeals, Interstate Distributor's motion to withdraw its entry of appearance is moot.

FOR THE COURT

JAN 12 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas H. Shunk, Esq.
    Scott M. Petersen, Esq.
    Jacob D. Koering, Esq.
    Jonathan S. Franklin, Esq.
    Anthony C. White, Esq.
    Douglas J. Williams, Esq.
    Gregory F. Ahrens, Esq.
    Michael L. Dever, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 12 2011

JAN HORBALY
CLERK